# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL KNAPP,<br><br>Defendant. | Case No. 2:14-cr-00099-APG-PAL<br><br>**ORDER TEMPORARILY STAYING CASE**<br><br>(ECF No. 117) |

On June 27, 2016, the Supreme Court granted certiorari in *Beckles v. United States*, Case Number 15-8544, to decide, in relevant part, whether the holding in *Johnson v. United States*, 135 S. Ct. 2551 (2015) applies to the residual clause of the career offender guideline in United States Sentencing Guidelines ("U.S.S.G.") § 4B1.2(a)(2), and if so, whether *Johnson's* invalidation of the residual clause applies retroactively on collateral review.  On November 28, 2016, the Supreme Court heard oral argument in *Beckles* and the case was submitted for review.  Given this development and *Beckles*'s direct relevance to the pending motion in this case, and given defendant Knapp's unopposed motion to stay (ECF No. 117), I will stay all proceedings in this case pending the Supreme Court's decision in *Beckles*.

IT IS THEREFORE ORDERED defendant Michael Knapp's motion for joinder staying case **(ECF No. 117) is GRANTED**.

IT IS FURTHER ORDERED that this case is **STAYED** until the Supreme Court issues a decision in *Beckles v. United States*, Case Number 15-8544.  Once the decision issues, any party may move to lift the stay.

DATED this 28th day of February, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE