UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VON WHITE and MICHAEL KNAPP,<br><br>Defendants. | Case No. 2:14-cr-00099-APG-PAL<br><br>**ORDER GRANTING MOTIONS TO DEFER RULING**<br><br>(ECF Nos. 119, 120) |

IT IS ORDERED that defendant von White's unopposed motion to defer ruling for 30 days **(ECF No. 119) is GRANTED**. Defendant Von White shall have until May 4, 2017 to file a supplement to his motion under 28 U.S.C. § 2255 addressing the decision in *Beckles v. United States*, 137 S. Ct. 886 (2017). The United States may file a response ten days after it receives White's supplement.

IT IS FURTHER ORDERED that defendant Michael Knapp's motion for joinder in motion to defer a ruling **(ECF No. 120) is GRANTED**. Defendant Michael Knapp shall have until May 11, 2017 to file a supplement to his motion under 28 U.S.C. § 2255 addressing the decision in *Beckles v. United States*, 137 S. Ct. 886 (2017). The United States may file a response ten days after it receives Knapp's supplement.

DATED this 2nd day of May, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE